## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Christopher A. Hauschildt, | Civil No. 11-719 (RHK/AJB) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Standard Insurance Company, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. No. 11), **IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, on the merits, and without an award of attorneys' fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 22, 2011

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge